**Brent C. MCLAUREN, Jr.,
Petitioner—Appellant,**

v.

**Jon OZMINT, Director of South Carolina Department of Corrections; State of South Carolina; Henry McMaster, Attorney General of South Carolina, Respondents—Appellees.**

No. 05–6183.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 28, 2005.

Decided: May 6, 2005.

Brent C. McLauren, Jr., Appellant pro se.

Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brent C. McLauren, Jr., seeks to appeal the district court's order accepting the magistrate judge's recommendation and denying relief on his petition under 28 U.S.C. § 2254 (2000). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on December 22, 2004. The notice of appeal was filed on January 31, 2005. Because McLauren failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*